UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| REGIONS FINANCIAL CORPORATION and REGIONS BANK | CIVIL ACTION |
| VERSUS | NO: 08-4301 |
| PARISH PARTNERS COMPANY, LLC | SECTION: "J" (1) |

**ORDER**

Before the Court is Defendant's Motion for Review of Order of Magistrate Judge(Rec. D. 46). This motion, which is opposed, is set for hearing on March 31, 2010. Upon review of the record, the memoranda of counsel, and the applicable law, this Court now finds that the Motion for Review of Order of Magistrate Judge (Rec. D. 46) should be **DENIED**.

A magistrate judge's ruling on a nondispositive motion may be appealed to the district court. Fed. R. Civ. P. 72(a). When objections are raised to such a ruling the district judge must consider them timely and "modify or set aside any part of the order that is clearly erroneous or contrary to law." Id. Under this standard a magistrate judge's decision must be affirmed unless "on the entire evidence [the court] is left with a

definite and firm conviction that a mistake has been committed." United States v. Untied States Gypsum Co., 333 U.S. 364, 395 (1948). After reviewing the case, the magistrate judge's order, and the arguments of the parties this Court finds that no such mistake has been made in the magistrate judge's Order (Rec. Doc. 38) and the plaintiff has not shown that the magistrate judge's ruling is "clearly erroneous or contrary to law." Accordingly,

**IT IS ORDERED** that the Defendant's **Motion for Review of Order of Magistrate Judge** (Rec. D. 46) is **DENIED**

New Orleans, Louisiana, this 29th day of March, 2010.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE